KATE WEISSBERGER, Respondent, v. HARRY WEISSBERGER, Appellant.—

Clóse, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.